# IN THE COURT OF APPEALS OF IOWA

No. 13-0982
Filed October 15, 2014

**STATE OF IOWA,**
        Plaintiff-Appellee,

**vs.**

**APRIL DAWN TOBECK,**
        Defendant-Appellant.
_____


        Appeal from the Iowa District Court for Linn County, Robert E. Sosalla, Judge.


        April Tobeck appeals her sentence following her plea of guilty to and conviction of possession of precursors in violation of Iowa Code section 124.401(4)(b).  **AFFIRMED.**


        Philip B. Mears of Mears Law Office, Iowa City, for appellant.

        Thomas J. Miller, Attorney General, Jean C. Pettinger, Assistant Attorney General, Jerry Vander Sanden, County Attorney, and Jason Burns, Assistant County Attorney, for appellee.


        Considered by Potterfield, P.J., and Tabor and Mullins, JJ.

**POTTERFIELD, P.J.**

April Tobeck appeals her sentence following her plea of guilty to and conviction of possession of precursors in violation of Iowa Code section 124.401(4)(b) (2013). She raises no legal basis for her challenge on appeal and does not contest that the sentence was within the district court's discretion. Tobeck was sentenced to a term properly within the court's discretion, and we affirm.

**AFFIRMED.**